# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

IDEAL SHIELD, INC.,

    Plaintiff,

v.                                         Case No. 11-12414

STRIKE TOOL, INC.,

    Defendants.
                                            /

## ORDER OF VOLUNTARY DISMISSAL

On September 27, 2011, Plaintiff filed a notice of voluntary dismissal. Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Accordingly,

IT IS ORDERED that the above-captioned matter is DISMISSED in accordance with Federal Rule of Civil Procedure 41(a)(1)(B).

                                               s/Robert H. Cleland
                                             ROBERT H. CLELAND
                                             UNITED STATES DISTRICT JUDGE

Dated: September 29, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 29, 2011, by electronic and/or ordinary mail.

                                             s/Lisa Wagner
                                             Case Manager and Deputy Clerk
                                             (313) 234-5522